IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TANDI WAGNER and KRISTI RAMIREZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-264-M-BQ |
| | § | |
| FEDEX FREIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. For the reasons explained herein, the objections are overruled. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and Plaintiffs' Motion to Remand (ECF No. 8) is **DENIED**.

**SO ORDERED**.

May 11, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE